EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00146 SOM |
| Plaintiff, | ) ) ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) ) | [21 U.S.C. §§ 846, and 841(a); 18 U.S.C. § 2] |
| DAN PIZARRO,            (01) | ) ) | |
| Defendant. | ) ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

Beginning on or about a date unknown to and including January 30, 2004, in the District of Hawaii and elsewhere, the defendant, DAN PIZARRO, conspired with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 777.4 grams of "actual" methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)and 841(b)(1)(A).

### OVERT ACTS

1. At a time prior to January 28, 2004, DAN PIZARRO agreed with another person to send crystal methamphetamine from the State of California to the State of Hawaii.

2. At a time prior to January 28, 2004, DAN PIZARRO arranged to ship a parcel containing 777.4 grams of "actual" methamphetamine from the State of California to the State of Hawaii.

3. On or about January 30, 2004, a person accepted receipt of the parcel which had been sent from DAN PIZARRO.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

The Grand Jury further charges:

Beginning on or about a date unknown to and including March 24, 2004, in the District of Hawaii and elsewhere, Defendant DAN PIZARRO and Patricia Doherty and

Van Duong, who are not defendants herein, conspired together and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, 392.5 grams of "actual" methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

## OVERT ACTS

1. At a time prior to March 24, 2004, DAN PIZARRO asked Patricia Doherty to carry methamphetamine to Hawaii.

2. At a time prior to March 24, 2004, Van Duong discussed the use of Patricia Doherty to carry methamphetamine to Hawaii.

3. At a time prior to March 24, 2004, Van Duong helped to tape methamphetamine to the body of Patricia Doherty.

4. On or about March 24, 2004, DAN PIZARRO and Patricia Doherty flew from California to Hawaii.

5. On or about March 24, 2004, Patricia Doherty carried 777.4 grams of "actual" methamphetamine from California to Hawaii.

All in violation of Title 21, United States Code, Section 846.

SENTENCING CONSIDERATIONS

3. AMOUNT OF CONTROLLED SUBSTANCES REASONABLY FORESEEABLE TO DAN PIZARRO:

A) For the offense charged in Count 1, DAN PIZARRO knew or it was reasonably foreseeable to DAN PIZARRO that, in the course of the conspiracy, 777.4 grams of "actual" methamphetamine was distributed or possessed with the intent to distribute in furtherance of a jointly undertaken criminal activity.

B) For the offense charged in Count 2, DAN PIZARRO knew or it was reasonably foreseeable to DAN PIZARRO that, in the course of the conspiracy, 392.5 grams of "actual" methamphetamine was distributed or possessed with

//
//
//
//
//
//
//
//
//
//
//

the intent to distribute in furtherance of a jointly undertaken criminal activity.

DATED: SEP 2 3 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney