*CORRESPONDENCE*

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

March 29, 2007

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

Mr. Dan Pizarro
USP Atwater
P.O. Box 09001
Atwater, California 95301

**Re: United States of America v. Dan Pizarro, et al.; Cr. No. 04-00146 SOM**

Dear Mr. Pizarro:

On March 29, 2007, I received a letter from you. I was happy to hear about your progress over the past year and wish you continued growth.

Your letter asks that I recommend that you be placed in a pre-release holding facility. At this point, any such recommendation with respect to the conditions of your confinement is beyond my jurisdiction. The court with jurisdiction over the conditions of your confinement is the United States District Court for the Eastern District of California, as you are being held in the Federal Prison Camp in Atwater, California, which falls in the Eastern District of California.

Indeed, I note that Judge Oliver Wanger of the United States District Court for the Eastern District of California has already issued an Order Regarding Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. This order, filed on January 22, 2007, directs the warden at Atwater "to consider the appropriateness of transferring Petitioner" to a Residential Re-entry Center. Thus, the very matter you ask me to recommend is already under review by the Bureau of Prison pursuant to Judge Wanger's order.

As you requested, I am returning your children's pictures to you. Best wishes to you and your family.

Very truly yours,

Susan Oki Mollway
United States District Judge

Enclosures

cc w/o encl.: Pamela J. Byrne
              Loretta A. Sheehan