CORRESPONDENCE
Crim No. 04-00146
received
MAR 29 2007

Dear Honorable Judge Susan Oki Mollway,

Hello my name is Dan Pizano, and it's been over a year that I have served on my 90 month sentence. I wanted to thank you for going below the Mandatory Minimum sentence. I know that you didn't which is much appreciated. I finally self-surrendered to Lompoc after being on Pre-trail probation for over 2 years with no incidences, and I had no positives on drug testing. I would without a doubt get a good reccomendation from my pre-trial service officer, Manuel Ibañez. His telephone number, is (951) 328-4497 in Riverside California. I was out on bail for over 2 years drug free. This history shows a big step towards my recovery. I was at Lompoc for 10 months with a perfect program. I had no negative incidences on my record or any to speak of. I also completed a 20 hour & 40 hour drug class to get ready for my next step towards recovery. I have been programing and taking many courses such as a to-do time class, and a parenting class to help me raise my kids better. If you request a team sheet, I would gladly send it to you on a later date. My supervisor at Lompoc said I have good work ethic. I am currently at Atwater camp in California, and I work in Unicor. I also had a good work review. My supervisor said that I complete tasks when asked.

When I came to prison, I looked for the positive things that prison offers. My health has gotten better, and I dropped weight from 250 pounds to 214 pounds. I had to get in better mental, physical, and spiritual health while I am in here. Prison has helped me alot in that aspect. I no longer think of using drugs or even selling drugs. I have so many positive opportunities out there. My family have been very supportive, and my relationship with my mom & step-dad has gotten stronger. Its sad that Prison has gotten a family so close. It should have been there from the start. In Prison I participate in softball and basketball leagues. I also participate in other activities such as chess, reading books, weight training, beginning guitar class, and light running.

Prior to my self-surrendering, I wanted my mom to take care of my daughter. My son was born when I was in Prison (Lompoc). The mother of my kids was still addicted to drugs at the time. Foster Care and C.P.S. (child Protective services) stepped in and awarded both of my kids to the state. They didn't let my mom have Notady because she lives in Las Vegas, Nevada. The mother of my kids got arrested, and she went to jail. She served 3 months, and the judge gave her a second chance to raise my kids. She had to finish a drug program as for her release and to get the kids back. She completed the program and has both of our kids! The mother is doing well,

The kids are doing well, and with my guidance and discipline, they would have a better chance not to turn out like their dad. I would like a chance to make things right. Stop the criminal behavior with mom & dad so we don't pass it on to the kids. The kids deserve a better chance in life. No more second generation criminals in life. Knowing a little about my history, and knowing that I am a first-time offender, hopefully suades Your Honor in giving me a reccomendation to a pre-release holding facility. I have a job out there, and I also can afford to pay the facility. Hopefully Your Honor can help me not to be a burden to the government, and help me be a responsible parent. All I am asking is a reccomendation. I am not asking to change my conviction, just a second chance to be a father. Whatever help Your Honor can do is appreciated.

Thank You for Your Consideration and Support,

God Bless,

Don Tynes

P.S. I'm sending Your Honor pictures of my kids. Those are original copies, and if you can be so kind to send them back. Thanks.