

Hodges Howard Camp
P.O. Box 1060
Atwater, Ca. 95301

Judge Susan Oki Mollway.
US. Courthouse
300 Ala Moana Blvd.
Honolulu, Hi. 96850